ALLEGHENY COUNTY AIRPORT AUTHORITY, Respondent,

v.

CONSTRUCTION GENERAL LABORERS AND MATERIAL HANDLERS UNION, 1058, Petitioner.

Supreme Court of Pennsylvania.

March 25, 2008.

CITY OF BRADFORD, Respondent,

v.

TEAMSTERS LOCAL UNION NO. 110, Petitioner.

Supreme Court of Pennsylvania.

March 26, 2008.

### ORDER

PER CURIAM.

AND NOW, this 25th day of March 2008, the Petition for Allowance of Appeal is **GRANTED** and the Commonwealth Court's order is **VACATED.** The matter is **REMANDED** to the Commonwealth Court for reconsideration in light of our decision in *Westmoreland Intermediate Unit # 7 v. Westmoreland Intermediate Unit # 7 Classroom Assistants Educational Support Personnel Association, PSEA/NEA,* 939 A.2d 855 (Pa.2007) (supplanting the "core function" exception to the essence test with a public policy exception).

Pennsylvania State Education Association's motion for leave to file amicus brief is dismissed as moot.

### ORDER

PER CURIAM.

AND NOW, this 26th day of March, 2008, the Petition for Allowance of Appeal is **GRANTED.** The order of the Commonwealth Court is **REVERSED.** The matter is **REMANDED** to the Commonwealth Court to remand to the Court of Common Pleas of McKean County for consideration of *Westmoreland Intermediate Unit # 7 v. Westmoreland Intermediate Unit # 7 Classroom Assistants Educational Support Personnel Association, PSEA/NEA,* 939 A.2d 855 (2007).

Jurisdiction relinquished.